United States District Court
Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 127th Judicial District Court Harris County, Texas | 2014-54532 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | AlliantGroup, L.P. - Plaintiff | John T. Simpson, Jr. 3009 Post Oak Blvd., #200 Houston, TX 77056 713-877-9600 |

   SEE ATTACHED FOR DEFENDANT INFO.

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   • Yes   • No ✓

   If "*Yes*," by which party and on what date?

   _____    _____
   Party                         Date

## ATTACHMENT TO SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM STATE COURT

2.  **Party and Party Type**

William Vokler and
Efficiency Energy, LLC -- Defendants

**Attorney(s)**

Michael E. McCue
State Bar # 13494150
Alex Pilawski
State Bar # 24074899
MEADOWS, COLLIER, REED,
  COUSINS, CROUCH &
  UNGERMAN, L.L.P.
901 Main St., Ste. 3700
Dallas, Texas 75202
214-744-3700

**Supplemental Civil Cover Sheet**
Page 2

4. **Answer:**

   Was an Answer made in State Court?    • Yes    (• No)

   If "*Yes*," by which party and on what date?

   _____    _____
   Party                             Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | <u>Party</u> | <u>Reason(s) for No Service</u> |
   |---|---|
   | N/A | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | <u>Party</u> | <u>Reason</u> |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | <u>Party</u> | <u>Claim(s)</u> |
   |---|---|
   | Plaintiff | Tortious Interference |
   | Defendant | N/A |